FILED
CHARLOTTE, N.C.
OCT 15 2002
U. S. DISTRICT COURT
W. DIST. OF N. C.

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA

3:02 mc 85 - MU

IN RE: OFFICIAL COURT CLOSINGS FOR 2002

**THIS MATTER** is before the Court upon its own motion. The Western District of North Carolina Judiciary Branch will be closed on the following dates:

1) Thursday, November 28, 2002 & Friday, November 29, 2002
2) Wednesday, December 25, 2002 & Thursday, December 26, 2002
3) Wednesday, January 1, 2003

**IT IS SO ORDERED.**

This the 15th day of October, 2002

GRAHAM C. MULLEN
CHIEF U. S. DISTRICT JUDGE